IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 13–cv–00125–WJM–KMT


CHESTER LEE RENEAU,

     Plaintiff,

v.

SASHA MAHONEY, sued in her individual capacity,

     Defendant.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion to Compel" (Doc. No. 17, filed March 13, 2013) is **DENIED**.  The defendant in this action is an employee of the Larimer County Detention Center.  The court has no authority to compel the Sterling Correctional Facility, a non-party to this action, to provide Plaintiff with a money order.  Moreover, the court declines to interfere in the day-to-day activities of prison administration.  Plaintiff is granted an extension to April 1, 2013, to file his initial filing fee.

Dated: March 18, 2013