**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 13-cv-00125-WJM-KMT

CHESTER LEE RENEAU,

    Plaintiff,

v.

SASHA MAHONEY,

    Defendant.

---

## FINAL JUDGMENT

---

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a), all previous Orders entered in this case, and the Order Adopting Recommendation, Denying Plaintiff's Motion For Summary Judgment, And Granting Defendant's Motion For Summary Judgment, entered by the Honorable William J. Martínez, United States District Judge, on March 25, 2014,

    IT IS ORDERED that the Magistrate Judge's Recommendation (ECF No. 50) is ADOPTED IN FULL.

    IT IS FURTHER ORDERED that Defendant's Motion for Summary Judgment (ECF No. 28) is GRANTED.

    IT IS FURTHER ORDERED that Final Judgment is entered in favor of Defendant and against the Plaintiff on all claims, and the action and Complaint are DISMISSED. Each party shall bear his or her own costs.

    Dated at Denver, Colorado this  26th  day of March 2014.

BY THE COURT:
JEFFREY P. COLWELL, CLERK


By:  s/Deborah A. Hansen
Deborah A. Hansen, Deputy Clerk